**Michael C. Baxter**, Oregon State Bar ID Number 91020
michael@baxterlaw.com
Baxter & Baxter, LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorney for Plaintiff Curtis Henderson

FILED'06 APR 21 14:26USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CURTIS HENDERSON, | Case No. CV-05-597-JO |
| Plaintiff, | |
| v. | ORDER DISMISSING DEFENDANT EQUIFAX INFORMATION SERVICES LLC |
| EQUIFAX INFORMATION SERVICES LLC, a foreign corporation, TRANS UNION LLC, a foreign corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and SALLIE MAE, INC., a foreign corporation, | |
| Defendants. | |

THIS MATTER having come before the Court on Plaintiff and Defendant Equifax Information Services LLC's Joint Motion to Dismiss Defendant Equifax Information Services LLC and pursuant to FRCP 41(a)(2);

Page 1 ORDER DISMISSING DEFENDANT EQUIFAX INFORMATION SERVICES LLC

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Equifax Information Services LLC, only, are dismissed with prejudice and without costs or fees to either party.

DONE AND SO ORDERED on this 21st day of April, 2006.

_____
HONORABLE ROBERT E. JONES