FILED'06 AUG 04 14:10USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CURTIS HENDERSON, | ) | |
| | ) | No. CV 05 597 JO |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | FRCP 54(b) JUDGMENT OF |
| EQUIFAX INFORMATION SERVICES LLC, a foreign corporation, TRANS UNION LLC, a foreign corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and SALLIE MAE, INC., a foreign corporation, | ) ) ) ) ) ) ) | DISMISSAL OF SALLIE MAE, INC. |
| | ) | |
| Defendants. | ) | |

Based upon the JOINT MOTION FOR FRCP 54(b) JUDGMENT OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST SALLIE MAE, INC. (Stipulated as between Sallie Mae, Inc. and Plaintiff) filed herein, and based upon the stipulations which were set forth in the motion, and it appearing that there is no just reason for delay of entry of a final judgment of dismissal as to Sallie Mae, Inc., it is hereby

ADJUDGED that

1.  Plaintiff's claims against Sallie Mae, Inc. are dismissed with prejudice and

PAGE 1 OF 2 - FRCP 54(b) JUDGMENT OF
DISMISSAL OF SALLIE MAE, INC.

ANDERSON & MONSON, P.C.
Park Plaza West - Suite 460
10700 SW Beaverton-Hillsdale Hwy.
Beaverton, Oregon 97005
Telephone: (503) 646-9230
Facsimile: (503) 646-9846

1    without costs or attorney's fees to either party; and

2        2.    There is no just reason for delay of entry of this judgment and the clerk is directed

3    to enter this judgment immediately pursuant to FRCP 54(b).

4    Dated:    Aug 4, 2006

_____
U.S. District Court Judge

9    clients/601/001/henderson.frcp54(b).dismissal.judgment

**PAGE 2 OF 2** - FRCP 54(b) JUDGMENT OF
DISMISSAL OF SALLIE MAE, INC.

ANDERSON & MONSON, P.C.
Park Plaza West - Suite 460
10700 SW Beaverton-Hillsdale Hwy.
Beaverton, Oregon 97005
Telephone: (503) 646-9230
Facsimile: (503) 646-9846