FILED'06 AUG 16 11:48USDC-ORP

**Michael C. Baxter**, Oregon State Bar ID Number 91020
michael@baxterlaw.com
Baxter & Baxter, LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorney for Plaintiff Curtis Henderson

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CURTIS HENDERSON, | Case No. CV-05-597-JO |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, a foreign corporation, TRANS UNION LLC, a foreign corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and SALLIE MAE, INC., a foreign corporation, | ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |
| Defendants. | |

THIS MATTER having come before the Court on the Stipulation to Dismiss Defendant Experian Information Solutions, Inc. and pursuant to FRCP 41(a)(2);

///

Page 1 ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Experian Information Solutions, Inc., only, are dismissed with prejudice and without costs or fees to either party.

DONE AND SO ORDERED on this _15_ day of August, 2006.

_____
HONORABLE ROBERT E. JONES
UNITED STATES DISTRICT COURT JUDGE